# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SANCHEZ, | Case No. 1:14-cv-00761-SKO |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

Pursuant to the stipulation entered into by the parties and filed with the Court on April 28, 2015 (Doc. 25), the above captioned matter is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **April 29, 2015**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE